```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0109--CV (JWS)
            "USA V ROBERT J. ROWEN"

   Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/15/03
             Closed: 07/30/03

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (870) Tax Suits
                     TO REDUCE JUDGMENT OF TAX ASSESSMENT
             Origin: (1) Original Proceeding
             Demand: 9999
         Filing fee: Waived
           Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1         UNITED STATES OF AMERICA    Timothy M. Burgess
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513-7567
                                            907-271-5071

                                            Keith S. Blair
                                            U.S. Department of Justice
                                            POB 683
                                            Ben Franklin Station
                                            Washington, DC 20044-0683
                                            202-307-0977
                                            FAX 202-307-0054

DEF 1.1         ROWEN, ROBERT J.            Robert J. Rowen
                                            Pro Per
                                            7048 E. Hurlbut Avenue
                                            Sebastopol, CA 95472

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A03-0109--CV (JWS)
                         "USA V ROBERT J. ROWEN"

                            For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 05/15/03
          Closed: 07/30/03

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (870) Tax Suits
                   TO REDUCE JUDGMENT OF TAX ASSESSMENT
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Waived
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/15/03 | Complaint filed; Summons issued. |
| 2 - 1 | 05/19/03 | PLF 1 motion to substitute attorney for service of process. |
| 3 - 1 | 05/29/03 | JWS Minute Order granting motion to substitute attorney for service of process (2-1). cc: cnsl, K. Blair |
| 4 - 1 | 06/06/03 | PLF 1 Return of Service Executed re: DEF 1 on 6/03/03. |
| 5 - 1 | 06/23/03 | DEF 1 motion to dismiss for improper venue |
| 5 - 2 | 06/23/03 | DEF 1 motion in alternative to transfer for improper venue |
| 5 - 3 | 06/23/03 | DEF 1 motion in alternative to transfer for convenience w/att declaration |
| 6 - 1 | 06/23/03 | DEF 1 motion to quash service of summons and dismiss action w/att exhs |
| 7 - 1 | 06/30/03 | PLF 1 opposition to DEF 1 motion to quash service of summons and dismiss action (6-1). |
| 8 - 1 | 06/30/03 | PLF 1 opposition to DEF 1 mot to dismiss for improper venue (5-1), DEF 1 mot in alternative to transfer for improper venue (5-2), DEF 1 mot in alternative to transfer for convenience (5-3). |
| 9 - 1 | 07/28/03 | DEF 1 reply to opposition to DEF 1 motion to quash service of summons and dismiss action (6-1) w/att exh. |
| 10 - 1 | 07/30/03 | JWS Minute Order denying motion to quash service of summons and dismiss action (6-1). cc: cnsl |
| 11 - 1 | 07/30/03 | JWS Minute Order denying mot to dismiss for improper venue (5-1), mot in alternative to transfer for improper venue (5-2); granting mot in alternative to transfer for convenience (5-3); case is transferred to Northern District of CA. cc: cnsl, Clk-Northern District of CA |
| 12 - 1 | 08/11/03 | DEF 1 motion (request) for findings of facts and conclusions of law w/att decla. |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                 CIVIL DOCKET ENTRIES FOR CASE A03-0109--CV (JWS)            │
│                           "USA V ROBERT J. ROWEN"                           │
├─────────────────────────────────────────────────────────────────────────────┤
│                             For all filing dates                            │
└─────────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 08/12/03 | JWS Minute Order denying mot (req) for findings of facts and conclusions of law (12-1); clk to forward this ord and mot at dkt 12 to USDC for Northern District of CA; all future filings must be fld in that crt. cc: cnsl, Clk-Northern District of CA |